IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREA FREEMAN,
ANGELA VASQUEZ,
and
SHAWN ROBERTS,

Plaintiffs,

v.

BERKELEY CONTRACT
PACKAGING, L.L.C.,
and
THE R.E.M. GROUP, INC.,

Defendants.                              No. 12-cv-01255-DRH-SCW

MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is plaintiffs Andrea Freeman, Angela Vasquez, and Shawn Roberts, collectively ("plaintiffs")'s motion for leave to amend their complaint by consent (Doc. 19). Due to defendant Berkeley's motion to dismiss (Doc. 15), which was joined by defendant R.E.M. Group (Doc. 17), plaintiffs seek to amend their complaint to address the issues raised in defendants' motions to dismiss. Insofar as defendants have consented to the motion to amend, the Court hereby **GRANTS** plaintiffs' motion for leave to file amended complaint.

**IT IS HEREBY ORDERED** that defendants Berkeley's and R.E.M.'s motions to dismiss (Docs. 15 & 17 respectively) are **DENIED** as moot, and may be refiled based on the amended complaint.

**IT IS SO ORDERED.**

Signed this 21st day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.21
16:12:01 -05'00'

**Chief Judge
United States District Court**