UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ANDREA FREEMAN et al,**

    **Plaintiffs,**

**v.**

**BERKELEY CONTRACT PKG, LLC, et al,**

    **Defendants.**　　　　　　　　　　　**No. 12-cv-1255-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the approval of the Class Action Settlement.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 121) entered by this Court on August 5, 2015, the Court approves the Enhancement Payment of $250.00 to each of the Class Representatives Andrea Freeman, Kenneth Wylie, Jessica Barron and Angela Vasques as set forth in the Settlement Agreement, awards Class Counsel attorneys' fees, expenses, and costs in the amount of $7,500.00 and **DISMISSES** this case **with prejudice**.

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                    **BY:**     */s/Caitlin Fischer*
                                                   **Deputy Clerk**

Dated: August 5, 2015

Digitally signed by David R. Herndon
Date: 2015.08.05 11:04:23 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**